UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 20-CR-104-RJA-MJR |
| | 21-CR-31-RJA-MJR |
| v. | |
| JOSEPH BELLA, | |
|             Defendant. | |

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on December 8, 2020, this Court finds:

__X____That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

Accordingly, the proceeding(s) held on this date may be conducted by:

__X____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant is detained at a facility lacking video teleconferencing capability.

    _____Other: Defendant did not have access to a video conferencing device.

IT IS SO ORDERED.

DATED:	March 2, 2021
	Buffalo, NY

*/s/ Michael J. Roemer*
MICHAEL J. ROEMER
U.S. Magistrate Judge