# United States District Court
### for the
### Western District of New York

| United States of America | |
|---|---|
| v. | |
| **JOSEPH BELLA** | Case No. 21-CR- |
| *Defendant* | |

*Stamps: RECEIVED 2021 FEB 26 AM 10:28 U.S. MARSHALS SERVICE WESTERN NEW YORK; 21 CR 31; FILED MAR 22 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States District Judge without unnecessary delay **JOSEPH BELLA**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Sections 1014, 1957(a), 1341, 1343, and 2.

Date: FEB 25 2021

*Issuing officer's signature: Mary C. Loewenguth*

City and State:  Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

---

**Return**

This warrant was received on (date) 2/26/21, and the person was arrested on (date) 3/2/21,
at (city and state) Buffalo, NY.

Date: 3/2/21

*Arresting officer's signature: Jenelle C Yaeger, Executing*

*Printed name and title: Jenelle C Yaeger, Investigative Research Spec*