UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.                                                               NOTICE OF MOTION
                                                                  AND MOTION FOR AN
                                                                      ADJOURNMENT
                                                                           21-CR-31

JOSEPH BELLA,
                            DEFENDANT
_____

     **PLEASE TAKE NOTICE**, that the undersigned THOMAS J. EOANNOU, ESQ., attorney for the defendant Joseph Bella based upon that following affirmation hereby moves the Court for a (3) week adjournment of the status conference which is scheduled for April 20, 2022 at 10:00 a.m. and for such further relief as the Court may deem just, equitable and proper.

## **AFFIRMATION**

    1.    I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 484 Delaware Avenue, Buffalo, New York 14202. I represent the defendant, Joseph Bella, who is a defendant in the above-referenced action.

    2.    A status conference is scheduled for April 20, 2022 at 10:00 a.m.

    3.    I am respectfully requesting an adjournment as we continue to finalize the plea with the Government.

4.      I have contacted Assistant United States Attorney Nicholas Cooper and he consents to said request.

5.      All parties agree that the period covered by this adjournment is properly excludable for speedy trial purposes and the interests of justice, as well as the defendant, and the public in a speedy trial, are best served by the exclusion of this time.

WHEREFORE, it is respectfully requested that the Court grant an adjournment of the change of status conference.

/s/ Thomas J. Eoannou, Esq.

THOMAS J. EOANNOU, ESQ.
484 Delaware Avenue
Buffalo, New York 14202
(716) 885-2889 (T)
(716) 883-2163 (F)
thomaseoannou@lawoffice484.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JOSEPH BELLA,
                         DEFENDANT

## CERTIFICATE OF SERVICE
21-CR-31

      I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/ECF Participant on this case:

      Nicholas Cooper, AUSA
      138 Delaware Avenue
      Buffalo, New York 14202

                                    s/Angela Foster

                                    ANGELA FOSTER