UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

20-CR-104-A
21-CR-31-A

JOSEPH BELLA,

          Defendant.

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS** on June 27, 2022, the defendant, JOSEPH BELLA, pled guilty to Counts 3 and 6 of the Superseding Indictment 20-CR-104-A, charging violations of Title 21, United States Code, Section 841(a)(1) (Possession with intent to Distribute and Distribution of Cocaine) and Title 18, United States Code, Section 922(g)(3) (Possession of a Firearm and Ammunition by an Unlawful User of Controlled Substances); and Counts 1, 5 and 13 of Indictment 21-CR-31-A, charging violations of Title 18, United States Code, Sections 1343 and 2 (Wire Fraud), and,

**WHEREAS** from the defendant's conviction on these counts and from his admission in the written plea agreement that certain property is subject to forfeiture, the government has established the requisite nexus between the property and the offense committed by the defendant, and therefore the following property is subject to forfeiture:

**FIREARM/AMMUNTION:**

    a.    One (1) Harrington and Richardson, Model Topper 88, 12-gauge shotgun, bearing serial number AU519161;

    b.    Ten 12-gauge rounds of ammunition labeled "REMINGTON 12 GA" on the headstamp;

    c.    33 9mm Luger caliber rounds of ammunition labeled "Blazer 9mm LUGER" on the headstamp; and

    d.    40 .223 REM caliber rounds of ammunition labeled "Tulammo 223 Rem" on the headstamp.

**BANK ACCOUNTS:**

    a. $114,063.53 seized from Bank of America account ending in 8963, held in the name of MedCor Staffing Inc., by law enforcement on or about May 12, 2020;

    b. $45,454.82 seized from Key Bank account ending in 6111, held in the name of MedCor Staffing Inc., by law enforcement on or about February 11, 2021; and

    c. $3,350.61 seized from Key Bank account ending in 6103, held in the name of Tatonka Industries LLC, by law enforcement on or about February 11, 2021.

**NOW, THEREFORE,** pursuant to Federal Rule of Criminal Procedure 32.2 (b)(2); and Title 18, United States Code, Sections 924(d) and 3665 (firearm and ammunition), and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c) (bank accounts); —and the incorporated procedures of Title 21, United States Code, Section 853; it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(c) and (e) through (o), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that this Order shall serve as a judgment in favor of the United States of America regarding any and all of the defendant's

right, title, and interest in the above described property. The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, and shall protect the interests of the Government in the property ordered forfeited, by providing a copy of this Order to any person or entity that has possession of, or jurisdiction over, the forfeited interests and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

**ORDERED, ADJUDGED,** and **DECREED** pursuant to Title 21, United States Code, Section 853(h), that following the seizure of the property ordered forfeited, the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct, and provide notice that any person other than the defendant having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition: (1) shall request a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (2) shall be signed by the petitioner under penalty of perjury; (3) shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property; and (4) shall state any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified; and it is further

**ORDERED, ADJUDGED, AND DECREED** that if a Final Order of Forfeiture is issued concerning the subject property, the United States Customs and Border Protection and/or any other duly authorized federal agency shall dispose of the forfeited property according to law; and it is further

**ORDERED, ADJUDGED, AND DECREED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 3665 (firearm and ammunition), and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c) (bank accounts).

**SO ORDERED.**

DATED:   July 5, 2022.
         Buffalo, New York

/s/ Richard J. Arcara
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE